```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 24 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
DANIELLA HAMILTON,

                Plaintiff,

     -against-

CHASE BANK (USA), NATIONAL
ASSOCIATION and EQUIFAX INFORMATION
SERVICES, LLC,

                Defendants.
------------------------------------- x

ORDER

20 Civ. 2566 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that Plaintiff and Defendant Equifax Information Services, LLC have reached a settlement in principle, the Clerk of Court is hereby ORDERED to close the action against that Defendant, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

Dated: New York, New York
       June 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge