UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daniella Hamilton,<br><br>Plaintiff,<br><br>– against–<br><br>Chase Bank (USA), National Association and Equifax Information Services, LLC,<br><br>Defendant(s). | Case No. 1:20-cv-02566-GBD<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT CHASE BANK (USA), NATIONAL ASSOCIATION ONLY** |

Plaintiff Daniella Hamilton, by counsel, and Defendant JPMorgan Chase Bank, N.A. ("Chase"), incorrectly named as Chase Bank (USA), National Association, by counsel, having filed their Stipulation Of Dismissal Without Prejudice Between Plaintiff And Chase, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Daniella Hamilton against Chase are dismissed, without prejudice. Plaintiff Daniella Hamilton and Chase shall each bear their own costs and attorneys' fees.

Date: __AUG 1 1 2020__

_____
JUDGE, United States District Court,
Southern District of New York